DOA
11-02-17

# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Mario Jaime Tovor,<br>a.k.a.: Jose Ramon Vasquez-Castaneda,<br>a.k.a.: Jose Vasquez Ramos,<br>(A074 328 096)<br>*Defendant* | Case No. 17-7540 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 2, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Mario Jaime Tovor, an alien, was found in the United States of America, at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 11, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brandon Brown for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 2, 2017, while following a lead, the Phoenix ICE Field Arrest Surveillance Team encountered Mario Jaime Tovor during a traffic stop at 905 N. Dobson Road, in Mesa, Arizona. At the scene, ICE Officer R. Lopez interviewed Tovor and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Tovor was transported to the Phoenix ICE office for further investigation and processing. Tovor was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Mario Jaime Tovor to be a citizen of Mexico and a previously deported criminal alien. Tovor was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 11, 2006, pursuant to an order of removal issued by an immigration official. There is no record of Tovor in any Department of Homeland Security database to suggest that he obtained permission

from the Secretary of the Department of Homeland Security to return to the United States after her removal. Tovor's immigration history was matched to his by electronic fingerprint comparison.

4. Criminal history checks revealed that Mario Jaime Tovor was convicted of Re-entry of Deported Alien, a felony offense, on February 15, 2006, in the United States District Court, District of New Mexico. Tovor was sentenced to forty-two (42) days' imprisonment. Tovor's criminal history was matched to him by electronic fingerprint comparison.

5. On November 2, 2017, Mario Jaime Tovor was advised of his constitutional rights. Tovor freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2017, Mario Jaime Tovor, an alien, was found in the United States

///

///

///

...

of America, at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 11, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of November, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge